IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILFORD LYN HOLLOWAY, #232321, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-cv-345-WHA |
| | ) | |
| J. C. GILES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #95), and objections filed by both the Petitioner (Doc. #96) and the Respondents (Doc. #97).

The court has conducted an independent evaluation and *de novo* review of the Recommendation, the objections, and the file in this case. After doing so, the court finds the objections to be without merit, and they are hereby OVERRULED.

The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2254 is DENIED.

DONE this 29th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE