IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILFORD LYN HOLLOWAY, #232321, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-cv-345-WHA |
| | ) | |
| J. C. GILES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, Wilford Lyn Holloway, and this case is DISMISSED with prejudice.

DONE this 29th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE